IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 15-04802 (MCF) |
| GILBERTO LUIS TORRES ARRASQUILLO | * | |
| | * | CHAPTER 13 |
| Debtor | | |
| ---------------------------------- | * | |
| GILBERTO LUIS TORRES CARRASQUILLO | * | ADV. NO.: 17-033 |
| | * | |
| Plaintiff | * | |
| vs. | * | |
| | * | |
| RUSHOMORE LOAN MANAGEMENT SERVICES, LLC, ET ALS. | * | |
| Defendants-Third Party Plaintiff | * | |
| vs. | * | |
| ASSURANT, INC. D/B/A ASSURANT FIELD ASSET SERVICES, AND/OR ASSURANT MORTGAGE SOLUCITIONS | * | |
| Third Party Defendants | * | |
| ---------------------------------- | * | |

**FILED & ENTERED**
SEP 5 - 2017
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

J U D G M E N T

Upon the order dismissing this adversary proceeding as unopposed (docket entry #28) entered by the Honorable Mildred Caban Flores on August 30, 2017, it is now

ADJUDGED AND DECREED that judgment be and it is hereby entered dismissing the instant adversary proceeding with prejudice according to the Plaintiff's Motion of Voluntary Dismissal (docket #27).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th of September, 2017.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the U.S. Bankruptcy Court